Ryan A. Kent (St. Bar # 169810)
Attorney at Law
30 Mitchell Boulevard
San Rafael, CA 94903
Telephone:   (415) 479-4356
Fax:              (415) 479-4358

Attorney for Plaintiff
GHERI GALLAGHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GHERI GALLAGHER,<br><br>    Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, and DOES 1 to 10,<br><br>    Defendants. | Case No.  3:07-cv-5224<br><br>DEMAND FOR JURY TRIAL |

Plaintiff Gheri Gallagher hereby demands trial by jury in this action.

DATED: October 15, 2007

By: _____
    Ryan A. Kent
    Attorney for Plaintiff
    GHERI GALLAGHER

PROOF OF SERVICE BY U.S. MAIL

I DECLARE THAT: I am employed in the County of Marin, State of California. I am over the age of eighteen years and not a party to this action. My business address is 30 Mitchell Boulevard, San Rafael, California 94903.

On October 15, 2007, I served the following described documents:

*Demand for Jury Trial*

with Proof of Service attached, on the interested parties in this action by placing a true copy(ies) thereof enclosed in a sealed envelope addressed as follows:

Adrienne C. Publicover
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
525 Market Street, 17th Floor
San Francisco, CA 94105

I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Rafael, California.

Executed on October 15, 2007, at San Rafael, California.

_____
Ryan A. Kent