1 Ryan A. Kent (St. Bar # 169810)
Attorney at Law
2 30 Mitchell Boulevard
San Rafael, CA 94903
3 Telephone:    (415) 479-4356
Fax:              (415) 479-4358
4
Attorney for Plaintiff
5 GHERI GALLAGHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GHERI GALLAGHER, | Case No. 3:07-cv-5224 |
| Plaintiff, | PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| vs. | [Civil L.R. 3-16] |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, and DOES 1 to 10, | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, plaintiff Gheri Gallagher hereby certifies that no persons or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

DATED:  October 15, 2007

                                By: _____
                                     Ryan A. Kent
                                     Attorney for Plaintiff
                                     GHERI GALLAGHER

PLAINTIFF'S CERTIFICATION OF INTERESTED PERSONS OR ENTITIES
1

PROOF OF SERVICE BY U.S. MAIL

I DECLARE THAT: I am employed in the County of Marin, State of California. I am over the age of eighteen years and not a party to this action. My business address is 30 Mitchell Boulevard, San Rafael, California 94903.

On October 15, 2007, I served the following described documents:

Plaintiff's Certification of Interested Person's or Entities

with Proof of Service attached, on the interested parties in this action by placing a true copy(ies) thereof enclosed in a sealed envelope addressed as follows:

Adrienne C. Publicover
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
525 Market Street, 17th Floor
San Francisco, CA 94105

I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Rafael, California.

Executed on October 15, 2007, at San Rafael, California.

Ryan A. Kent