ADRIENNE C. PUBLICOVER  (SBN 161432)
DENNIS J. RHODES  (SBN 168417)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California  94105
Tel:   (415) 433-0990
Fax:   (415) 434-1370

Attorneys for Defendant
LIFE INSURANCE COMPANY
OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GHERI GALLAGHER,<br><br>    Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY<br>OF NORTH AMERICA and DOES 1 to 10,<br><br>    Defendants. | CASE NO.   CV07-05224 EDL<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) OF DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA**<br><br>Date:       November 27, 2007<br>Time:       9:00 a.m.<br>Location:   450 Golden Gate Avenue<br>            Courtroom E, 15th Floor<br>            San Francisco, CA<br>Judge:      Hon. Elizabeth D. Laporte<br><br>**Accompanying Documents**<br>1.   Memorandum of Points and Authorities;<br>2.   Declaration of Dennis J. Rhodes; and<br>3.   [Proposed] Order |

**TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

YOU ARE HEREBY NOTIFIED THAT on **November 27, 2007** at **9:00 a.m.**, or as soon thereafter as the matter may be heard, in Courtroom E of this Court, located at 450 Golden Gate

---

1
NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE 12(b)(6) OF DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA
USDC NDCA Case #CV07-05224 EDL
307032.1

Avenue, 15th Floor, San Francisco, California, defendant Life Insurance Company of North America ("LINA") will and hereby does move this Court to dismiss the first cause of action entitled Breach of Contract, the second cause of action entitled Breach of the Covenant of Good Faith and Fair Dealing and the claims for punitive and extra-contractual damages set forth in the Complaint filed by plaintiff Gheri Gallagher in this action.

This motion will be made on the following grounds:

1. Pursuant to Federal Rule of Civil Procedure 12(b)(6), plaintiff's first cause of action, second cause of action and claims for punitive and extra-contractual damages fail to state a claim upon which relief can be granted.

2. Defendant LINA will and hereby does move that leave to amend be denied plaintiff, because amendment would be futile.

3. Defendant LINA further will and hereby does move the Court for an order to allow plaintiff's action to proceed only under The Employee Retirement Income Security Act of 1974 ("ERISA") and that plaintiff's recovery, if any there by, be limited to the relief provided by ERISA.

This motion is based on this Notice of Motion and Motion; the Declaration of Dennis J. Rhodes filed and served herewith and Exhibits A and B thereto; the Memorandum of Points and Authorities filed and served herewith; the papers and records on file in this action; and on such oral and documentary evidence as may be presented at the hearing on this motion.

Dated: October 16, 2007

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
ADRIENNE C. PUBLICOVER
DENNIS J. RHODES
Attorneys for Defendant
LIFE INSURANCE COMPANY
OF NORTH AMERICA

NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) OF DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA
USDC NDCA Case #CV07-05224 EDL
307032.1

**CERTIFICATE OF SERVICE**
*Gheri Gallagher v. Life Insurance Company of North America, et al.*
USDC NDCA Case #CV07-05224 EDL

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) OF DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_X_ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_☐_ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_☐_ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

_☐_ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

Ryan A. Kent, Esq.
Attorney at Law
30 Mitchell Boulevard
San Rafael, CA 94903
Tel:   (415) 479-4356
Fax:   (415) 479-4358

*Attorney for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **October 16, 2007** at San Francisco, California.

_____
Nancy Li

---

3
NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) OF DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA
USDC NDCA Case #CV07-05224 EDL
307032.1