```
1  ADRIENNE C. PUBLICOVER (SBN 161432)
   DENNIS J. RHODES (SBN 168417)
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California  94105
4  Tel:   (415) 433-0990
   Fax:   (415) 434-1370
5
6  Attorneys for Defendant
   LIFE INSURANCE COMPANY
7  OF NORTH AMERICA
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GHERI GALLAGHER,<br><br>    Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY<br>OF NORTH AMERICA and DOES 1 to 10,<br><br>    Defendants. | CASE NO.   CV07-05224 EDL<br><br>**[PROPOSED] ORDER RE: DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA'S MOTION TO DISMISS [F.R.C.P. 12(b)(6)]**<br><br>Date:        November 27, 2007<br>Time:       9:00 a.m.<br>Location:   450 Golden Gate Avenue<br>                Courtroom E, 15th Floor<br>                San Francisco, CA<br>Judge:      Hon. Elizabeth D. Laporte<br><br>**Accompanying Documents**<br>1.   Notice of Motion and Motion to Dismiss;<br>2.   Declaration of Dennis J. Rhodes; and<br>3.   Memorandum of Points and Authorities |

Defendant Life Insurance Company of North America's Motion to Dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(6), came on regularly for hearing before the Honorable Elizabeth D. Laporte on November 27, 2007 at 9:00 a.m. in Courtroom E of this Court, located at 450

---

1

**[PROPOSED] ORDER RE: DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA'S MOTION TO DISMISS**
USDC NDCA Case #CV07-05224 EDL
307038.1

1  Golden Gate Avenue, 15th Floor, San Francisco, California.  The Court having considered all papers

2  filed in support of an in opposition to the motion, the arguments of counsel at the hearing on the

3  motion, and all pleadings and evidence filed in this action, rules as follows:

    1.    Plaintiff Gheri Gallagher's first cause of action, entitled "Breach of Contract," second cause of action, entitled "Breach of the Covenant of Good Faith and Fair Dealing" and the claim for punitive and extra-contractual damages, fail to state a claim upon which relief can be granted.  It is apparent from the face of the Complaint that these claims for relief are based on an alleged wrongful denial of long term disability benefits provided under an employee welfare benefit plan governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1001 et seq. ("ERISA") and seek the recovery of long term disability benefits under the subject ERISA plan.  As such, both claims for relief are preempted by the provisions of ERISA.  *See Aetna Health Inc. v. Davila*, 542 U.S. 200, 209, 124 S.Ct. 2488, 2495 (2004) and *Bui v. AT &T*, 310 F.3d 1143, 1148 (9th Cir. 2002)("ERISA precludes state law claims predicated on the denial of benefits.")

    2.    Defendant Life Insurance Company of North America's Motion to Dismiss the first and second causes of action, and the claims for punitive and extra-contractual damages, pursuant to Federal Rule of Civil Procedure 12(b)(6) hereby is granted.

    3.    Leave to amend hereby is denied, because amendment would be futile.  *See Whitehall v. City of Santa Rosa*, 2004 U.S. Dist. LEXIS 21453, at p. 5 (N.D. Cal. Oct. 18, 2004).

    4.    Plaintiff's action shall proceed under ERISA and plaintiff's recovery, if any there be, shall be governed by ERISA.

**IT IS SO ORDERED.**


Dated: _____, 2007     By:_____
                                                          Honorable Elizabeth D. Laporte

**CERTIFICATE OF SERVICE**
*Gheri Gallagher v. Life Insurance Company of North America, et al.*
USDC NDCA Case #CV07-05224 EDL

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**[PROPOSED] ORDER RE: DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA'S MOTION TO DISMISS**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_X_ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_☐_ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_☐_ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

_☐_ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

Ryan A. Kent, Esq.
Attorney at Law
30 Mitchell Boulevard
San Rafael, CA 94903
Tel:   (415) 479-4356
Fax:   (415) 479-4358

*Attorney for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **October 16, 2007** at San Francisco, California.

_____
Nancy Li

---

3
[PROPOSED] ORDER RE: DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA'S MOTION TO DISMISS
USDC NDCA Case #CV07-05224 EDL
307038.1