UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALLAGHER )<br>    Plaintiff, )<br>                          )<br>   vs.                  )<br>                          )<br>                          )<br>LIFE INSURANCE COMPANY OF )<br>NORTH AMERICA, )<br>    Defendant. )<br>_____ ) | No. C 07-05224 SBA<br><br>CLERK'S NOTICE |

**YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for January 16, 2008, at 2:30 p.m., has been continued to Tuesday, February 5, 2008, at 1:00 p.m., to follow the hearing on the motion in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.

DATED:  1/8/08

                                              FOR THE COURT,
                                              Richard W. Wieking, Clerk

                                              By: *Lisa R. Clark*
                                                 LISA R. CLARK
                                                  Courtroom Deputy

To: