1  RYAN A. KENT (SBN 169810)
   Attorney at Law
2  30 Mitchell Boulevard
   San Rafael, CA 94903
3  Tel:  (415) 479-4356
   Fax:  (415) 479-4358
4
   Attorney for Plaintiff
5  GHERI GALLAGHER

6

7  ADRIENNE C. PUBLICOVER (SBN 161432)
   DENNIS J. RHODES (SBN 168417)
   WILSON, ELSER, MOSKOWITZ,
8     EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
9  San Francisco, California 94105
   Tel:  (415) 433-0990
10 Fax:  (415) 434-1370

11 Attorneys for Defendant
   LIFE INSURANCE COMPANY
12 OF NORTH AMERICA

13

14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16
                          OAKLAND DIVISION
17

18 GHERI GALLAGHER,              )  CASE NO.   CV07-05224 SBA
                                 )
19        Plaintiff,             )  **JOINT CASE MANAGEMENT**
                                 )  **STATEMENT**
20     v.                        )
                                 )  Date      :  February 5, 2008
21 LIFE INSURANCE COMPANY OF     )  Time      :  1:00 p.m.
   NORTH AMERICA and DOES 1 to 10,) Courtroom :  3
22                               )  Honorable Saundra B. Armstrong
          Defendants.            )
23 _____)

24

25

26

27     **JOINT CASE MANAGEMENT STATEMENT**
   USDC NDCA Case #CV07-05224 SBA
   316788.1

The parties to the above-entitled action jointly submit this Case Management Statement.

## A.   JURISDICTION AND SERVICE

Plaintiff's claims are filed pursuant to 29 U.S.C. § 1001, et. seq. ("ERISA"). Jurisdiction and venue are therefore proper pursuant to 29 U.S.C. § 1132. Alternatively, plaintiff contends that ERISA does not apply and plaintiff is entitled to relief as to her state law causes of action. All parties are subject to the Court's jurisdiction. No parties remain to be served.

## B.   FACTS

A.   Plaintiff Contends:

The subject policy was constructively converted to an individual policy not subject to ERISA. Defendant's termination of plaintiff's disability benefits was done without reasonable cause and in bad faith.

B.   Defendants Contend:

Defendants contend that plaintiff failed to satisfy the definition of total disability under the policy and hence was ineligible for continued benefits.

## C.   LEGAL ISSUES

Whether the matter is governed by ERISA

Whether plaintiff is entitled to disability benefits

If ERISA applies, what is the appropriate standard of review.

If ERISA does not apply, whether defendant acted in bad faith.

If ERISA does not apply, what extra contractual damages did plaintiff suffer.

\\\
\\\
\\\

---

1
JOINT CASE MANAGEMENT STATEMENT
USDC NDCA Case #CV07-05224 SBA
316788.1

**D.   MOTIONS**

Defendant has filed a motion to dismiss under Rule 12(b)(6) arguing that the matter is governed by ERISA.

**E.   AMENDMENT OF PLEADINGS**

The parties do not anticipate the need to amend the pleadings at this time.

Plaintiff reserves the right to amend her complaint in response to defenses raised by the defendant.

**F.   EVIDENCE PRESERVATION**

Defendant contends that the Administrative Record constitutes the evidence in this matter. It will be lodged with the court at the appropriate time.

Plaintiff contends that additional records of defendant and plaintiff's employer and its successors may be relevant to the issue of the alleged constructive conversion of the subject policy to an individual policy not subject to ERISA.

**G.   DISCLOSURES**

The parties anticipate completing their initial disclosures by December 21, 2007.

**H.   DISCOVERY**

A.   Plaintiff's Statement

Plaintiff reserves the right to conduct discovery regarding the alleged constructive conversion of the subject policy. This may include depositions and subpoena duces tecum of plaintiff's employer and its successors. If this matter is determined to not be subject to ERISA,

1 then plaintiff reserves the right to conduct discovery regarding defendant's decision to terminate
2 her disability benefits.

   B.   Defendant's Statement

   Defendant contends that the matter is governed by ERISA. Hence, discovery is not warranted. The matter will proceed on the Administrative Record.

I.   CLASS ACTION

   Not applicable.

J.   RELATED CASES

   None.

K.   RELIEF

   Plaintiff seeks the recovery of long term disability benefits, attorneys fees and interest. Plaintiff also seeks extra-contractual damages for alleged breach of the covenant of good faith and fair dealing.

L.   SETTLEMENT AND ADR

   The parties are agreeable to voluntary private mediation following hearing of the pending motion to dismiss.

M.   CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES

   Defendant does not consent to a Magistrate Judge.

\\\
\\\

**N.   OTHER REFERENCES**

This case is not suitable for referral to binding arbitration, a special master or the Judicial Counsel on Multidistrict Litigation.

**O.   NARROWING OF ISSUES**

The pending motion on the applicability of ERISA should narrow the issues considerably.

**P.   EXPEDITED SCHEDULE**

Should the Court determine that the matter is governed by ERISA, the matter should proceed without the standard pretrial requirement in view of the nature of the bench trial on the Administrative Record.

**Q.   SCHEDULING**

The parties request the following schedule:

| | |
|---|---|
| Mediation completion date | : May 2008; |
| Dispositive motion hearing date | : June 2008; |
| Pre-trial conference date | : July 2008; |
| Trial date | : July 2008. |

**R.   TRIAL**

   A.   Plaintiff's Statement

The length of trial is estimated to be five days if ERISA does not apply; one day if ERISA does apply.

1      B.    <u>Defendant's Statement</u>

2  Defendant contends that this matter is governed by ERISA. Hence, a one day bench trial
3  is appropriate.

4

5  **S.    DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

6  The parties have filed the requisite Certification of Interested Entities or Persons.

7

8  **T.    OTHER MATTERS**

9  None at present.

10

11 Dated: January 8, 2008           WILSON, ELSER, MOSKOWITZ,
                                               EDELMAN & DICKER LLP

12

13

14                                 By: _____/s/ Dennis J. Rhodes_____
                                    ADRIENNE C. PUBLICOVER

15                                     DENNIS J. RHODES
                                    Attorneys for Defendant

16                                     LIFE INSURANCE COMPANY
                                    OF NORTH AMERICA

17

18
   Dated: January 8, 2008                  By: _____/s/ Ryan A. Kent_____

19                                     RYAN A. KENT
                                    Attorney for Plaintiff

20                                     GHERI GALLAGHER

21

22

23

24

25

26

27

# CERTIFICATE OF SERVICE
*Gheri Gallagher v. Life Insurance Company of North America, et al.*
*USDC NDCA Case #CV07-05224 SBA*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**JOINT CASE MANAGEMENT STATEMENT**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_X_ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

Ryan A. Kent, Esq.
Attorney at Law
30 Mitchell Boulevard
San Rafael, CA 94903
Tel:   (415) 479-4356
Fax:   (415) 479-4358

*Attorney for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **January 9, 2008** at San Francisco, California.

_____
Nancy Li