**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

GHERI GALLAGHER,  

    Plaintiff,

v.

LIFE INS. CO. OF NORTH AMERICA, *et al.*,

    Defendants.

No.  C 07-5224 SBA

**ORDER**

The defendants' Motion to Dismiss [Docket No. 21], currently scheduled to be heard on February 5, 2008, is rescheduled to March 11, 2008, at 1 P.M.  The Court may, in its discretion, adjudicate the motion without a hearing, in which case the Clerk will notify the parties that no appearance is necessary.

IT IS SO ORDERED.

January 18, 2008

                                        Saundra Brown Armstrong
                                        United States District Judge