UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

**Date:** 4/3/08

C-07-05224 SBA        **JUDGE:** SAUNDRA BROWN ARMSTRONG

Title: GALLAGHER vs. LIFE INSURANCE COMPANY OF NORTH AMERICA

**Atty.:** _____        _____

_____        _____

**Deputy Clerk:** Lisa R. Clark        **Court Reporter:** N/R

**PROCEEDINGS**

Plt   DFT
( )   ( ) 1. TELEPHONE CASE MANAGEMENT CONFERENCE - NOT HELD
( )   ( ) 2. _____
( )   ( ) 3. _____
( )   ( ) 4. _____
( ) Motion(s)    ( ) Granted    ( ) Denied    ( ) Off Calendar
              ( ) Granted/Part    ( ) Denied/Part    ( ) Submitted
( ) Order to be prepared by  ( ) Plaintiff  ( )Deft  ( ) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**

Case Continued to  4/30/08  for a Telephone Case Management Conference at 3:00 p.m.
Case Continued to _____ for OSC RE: _____
Case Continued to _____ for _____ Motion Hearing
Brief Sched. Motion papers by _____ Opposition by _____ Reply by _____
General Discovery Cut-off _____ Expert Discovery Cut-off _____
Plft to name Experts by _____ Deft to name Experts by _____
All Dispositive Motions to be heard by ( Motion Cut-off) _____
Case Continued to _____ for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____ Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: _____ Days) at 8:30 a.m.
( ) REFERRED TO MAGISTRATE _____ FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 Notes: PARTIES NEED TO UPDATE THEIR CMC STATEMENT AND SUBMIT A JOINT STATEMENT 10 DAYS IN ADVANCE OF THE NEXT CMC WITH SCHEDULING SUGGESTIONS
cc: