1   Ryan A. Kent (St. Bar # 169810)
    Attorney at Law
2   30 Mitchell Boulevard
    San Rafael, CA 94903
3   Telephone:    (415) 479-4356
    Fax:          (415) 479-4358
4
    Attorney for Plaintiff
5   GHERI GALLAGHER

6

7                          UNITED STATES DISTRICT COURT

8                        NORTHERN DISTRICT OF CALIFORNIA

9

10  GHERI GALLAGHER,                    )   No.  CV 07-05224 SBA
                                        )
11          Plaintiff,                  )   DECLARATION OF RYAN A. KENT IN
                                        )   SUPPORT OF MOTION TO COMPEL
12  vs.                                 )   RESPONSES TO INTERROGATORIES
                                        )
13  LIFE INSURANCE COMPANY OF NORTH )
    AMERICA,                            )   Date:  May 27, 2008
14                                      )   Time:  1:00 p.m.
            Defendant.                  )   Location:  1301 Clay Street, Courtroom 3, 3rd
15                                      )   Floor, Oakland
                                        )
16                                      )
                                        )
17  _____)

18          I Ryan A. Kent declare as follows:

19
20          1.      I am attorney of record for plaintiff Gheri Gallagher in the above captioned

21  action.  I have personal knowledge of the facts set forth below.

22          2.      On February 14, 2008, I served eighteen (18) specially prepared

23  interrogatories on counsel for defendant Life Insurance Company of North America.

24          3.      On March 13, 2008, counsel for defendant requested and I granted a two week

25
26  extension of time to respond to the interrogatories.

27

28

4.    On April 1, 2008, counsel for defendant served responses to the interrogatories consisting entirely of objections. A true and correct copy of the defendant's responses to interrogatories is attached hereto as Exhibit 1.

5.    As more fully explained in the accompanying Motion to Compel Responses to Interrogatories and Separate Statement of Discovery in Dispute, it is impossible to determine from a review of the Administrative Record the basis of defendant's decision to terminate plaintiff's disability benefits and the exact information defendant considered in reaching its decision. The interrogatories at issue merely seek to compel defendant to provide the information necessary to adequately explain the basis of its decision to terminate her disability benefits.

6.    On April 8, 2008, I sent counsel for defendant a meet and confer letter regarding his objections to the interrogatories. A true and correct copy of my letter is attached hereto as Exhibit 2.

7.    As of the date of this declaration, I have not received a response to my letter of April 8, 2008.

8.    Attached hereto as Exhibit 3 are true and correct copies of the excerpts of the Administrative Record that are referenced in the accompanying Motion to Compel Responses to Interrogatories and Separate Statement of Discovery in Dispute.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  April 18, 2008

By: _____
        Ryan A. Kent

DECLARATION OF RYAN A. KENT IN SUPPORT OF MOTION TO COMPEL

2