1  RYAN A. KENT  (SBN 169810)
   Attorney at Law
2  30 Mitchell Boulevard
   San Rafael, CA  94903
3  Tel:    (415) 479-4356
   Fax:    (415) 479-4358
4
   Attorney for Plaintiff
5  GHERI GALLAGHER

6
   ADRIENNE C. PUBLICOVER  (SBN 161432)
7  DENNIS J. RHODES  (SBN 168417)
   WILSON, ELSER, MOSKOWITZ,
8     EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
9  San Francisco, California  94105
   Tel:    (415) 433-0990
10 Fax:    (415) 434-1370

11 Attorneys for Defendant
   LIFE INSURANCE COMPANY
12 OF NORTH AMERICA

13

14
                    UNITED STATES DISTRICT COURT
15
                    NORTHERN DISTRICT OF CALIFORNIA
16
                              OAKLAND DIVISION
17

18 | GHERI GALLAGHER,                    ) CASE NO.    CV07-05224 SBA
                                         )
19 |         Plaintiff,                  ) **SECOND JOINT CASE**
                                         ) **MANAGEMENT STATEMENT**
20 |    v.                               )
                                         ) Date        :   April 30, 2008
21 | LIFE INSURANCE COMPANY OF           ) Time        :   1:00 p.m.
     NORTH AMERICA and DOES 1 to 10,     ) Courtroom   :   3
22                                       ) Honorable Saundra B. Armstrong
             Defendants.                 )
23 |_____)

24

25

26

27                          **JOINT CASE MANAGEMENT STATEMENT**
   USDC NDCA Case #CV07-05224 SBA
   334363.1

The parties to the above-entitled action jointly submit this Case Management Statement.

**A.   JURISDICTION AND SERVICE**

Plaintiff's claims are filed pursuant to 29 U.S.C. § 1001, et. seq. ("ERISA"). Jurisdiction and venue are therefore proper pursuant to 29 U.S.C. § 1132. All parties are subject to the Court's jurisdiction. No parties remain to be served.

**B.   FACTS**

A.   Plaintiff Contends:

Defendant's termination of plaintiff's disability benefits was done without reasonable cause and in bad faith.

B.   Defendants Contend:

Defendants contend that plaintiff failed to satisfy the definition of total disability under the policy and hence was ineligible for continued benefits.

**C.   LEGAL ISSUES**

Whether plaintiff is entitled to long term disability benefits

What is the appropriate standard of review.

**D.   MOTIONS**

There are no pending motions. Plaintiff anticipates filing a motion to compel responses to interrogatories in order to obtain requested information and clarify the scope of permissible discovery in this action.

**E.   AMENDMENT OF PLEADINGS**

The parties do not anticipate the need to amend the pleadings at this time.

Plaintiff reserves the right to amend her complaint in response to defenses raised by the defendant.

### F.  EVIDENCE PRESERVATION

Defendant contends that the Administrative Record constitutes the evidence in this matter. It will be lodged with the court at the appropriate time.

### G.  DISCLOSURES

The parties have completed their initial disclosures.

### H.  DISCOVERY

A.  Plaintiff's Statement

Plaintiff has served interrogatories and defendant has objected. Plaintiff contends that discovery is appropriate regarding the basis of defendant's decision to terminate her disability benefits. Specifically, plaintiff contends that pre-trial discovery is appropriate in order to:

1. Determine the exact information considered by the plan fiduciary in reaching its decision, including information not contained in the Administrative Record.
2. Explain how the plan fiduciary reached its decision.
3. Determine whether the plan fiduciary considered all relevant factors.
4. Explain technical terms or complex subject matter involved in the decision.

B.  Defendant's Statement

Defendant contends that the matter is governed by ERISA. Hence, discovery is not warranted. The matter will proceed on the Administrative Record.

### I.  CLASS ACTION

Not applicable.

**J.    RELATED CASES**

None.

**K.    RELIEF**

Plaintiff seeks the recovery of long term disability benefits, attorneys fees and interest.

**L.    SETTLEMENT AND ADR**

The parties are discussing settlement. If they are unable to settle the matter on their own, they have agreed to private mediation to be concluded by June 30, 2008.

**M.    CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**

Defendant does not consent to a Magistrate Judge.

**N.    OTHER REFERENCES**

This case is not suitable for referral to binding arbitration, a special master or the Judicial Counsel on Multidistrict Litigation.

**O.    NARROWING OF ISSUES**

The only issues remaining is whether plaintiff is entitled to discovery and the appropriate standard of review.

**P.    EXPEDITED SCHEDULE**

Defendant contends that this matter should proceed without the standard pretrial requirement in view of the nature of the bench trial on the Administrative Record.

Plaintiff reserves the right to introduce additional evidence necessary for the Court to conduct its review of the administrative decision, including evidence regarding the following:

1. The exact information considered by the plan fiduciary in reaching its decision, including information not contained in the administrative record.

2. An explanation of how the plan fiduciary reached its decision.

3. Whether or not the plan fiduciary considered all relevant factors.

4. An explanation of technical terms or complex subject matter involved in the decision.

**Q.  SCHEDULING**

The parties request the following schedule:

| | | |
|---|---|---|
| Mediation completion date | : | June 30, 2008; |
| Dispositive motion hearing date | : | August 2008; |
| Pre-trial conference date | : | September 2008; |
| Trial date | : | October 2008. |

**R.  TRIAL**

Defendant estimates that a ½ day bench trial is sufficient.

Plaintiff reserves the right to introduce additional evidence necessary for the Court to conduct its review of the administrative decision as set forth in Section P, above. This could increase the length of the trial considerably if witness testimony is introduced.

**S.  DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

The parties have filed the requisite Certification of Interested Entities or Persons.

**T.  OTHER MATTERS**

None at present.

Dated: April __, 2008                WILSON, ELSER, MOSKOWITZ,
                                                         EDELMAN & DICKER LLP


By: _____*/s/ Dennis J. Rhodes*_____
         ADRIENNE C. PUBLICOVER
         DENNIS J. RHODES
         Attorneys for Defendant
         LIFE INSURANCE COMPANY
         OF NORTH AMERICA


Dated: April __ , 2008            By: _____*/s/ Ryan A. Kent*_____
         RYAN A. KENT
         Attorney for Plaintiff
         GHERI GALLAGHER

**CERTIFICATE OF SERVICE**
*Gheri Gallagher v. Life Insurance Company of North America, et al.*
*USDC NDCA Case #CV07-05224 SBA*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**JOINT CASE MANAGEMENT STATEMENT**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_X_ : **By First Class Mail --** I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

1  _☐_: **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_☐_: **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

_☐_: **Facsimile** – (Only where permitted.  Must consult CCP § 1012.5 and California Rules of Court 2001-2011.  Also consult FRCP Rule 5(e).  Not currently authorized in N.D.C.A.)

Ryan A. Kent, Esq.
Attorney at Law
30 Mitchell Boulevard
San Rafael, CA  94903
Tel:     (415) 479-4356
Fax:    (415) 479-4358

*Attorney for Plaintiff*

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

    EXECUTED **April 21, 2008** at San Francisco, California.

                                       Nancy Li