Exhibit 2

**Ryan A. Kent**
ATTORNEY AT LAW
30 Mitchell Boulevard
San Rafael, California  94903

| | |
|---|---|
| Phone: | (415) 479-4356 |
| Fax: | (415) 479-4358 |

April 8, 2008

Via Facsimile (415) 434-1370

Dennis Rhodes
Wilson, Elser, Moskowitz, Edelman & Dicker
525 Market Street, 17th Floor
San Francisco, CA 94105

> Re:  Gallagher v. Life Insurance Company of North America
> United States District Court, Northern District of California,
> Case No. CV 07-05224 SBA

Dear Mr. Rhodes:

I am in receipt of your responses to plaintiff's first set of special interrogatories.  You had previously left me a telephone voice mail message indicating you had been unable to adequately confer with your client regarding the information they would be willing to provide in response to the interrogatories and that you were going to serve your objections to preserve them.  You indicated you would subsequently confer with your client regarding what information they would be willing to provide.

Your responses do not indicate they were served to preserve objections and that supplemental responses would be forthcoming.  Following the telephonic case management conference on April 3, 2008, I asked for written confirmation that such was the case.  As of the date of this letter I have not heard from you regarding this issue.  I can only assume that your client has no intention of providing supplemental responses.

I have researched the scope of discovery in ERISA cases involving de novo review of the termination of disability benefits.  Pre-trial discovery is appropriate when required to:

1.  Determine the exact information considered by the plan fiduciary in reaching its decision.
2.  Explain how the plan fiduciary reached its decision.
3.  Determine whether the plan fiduciary considered all relevant factors.
4.  Explain technical terms or complex subject matter involved in the decision.

See Nagele v. Electronic Data Systems Corp., 193 F.R.D. 94, 103-104 (2000); Animal Defense Council v. Hodel, 840 F.2d 1432, 1436-1437 (1988).

Please review the foregoing authority and advise me whether your client is willing to provide supplemental responses. If not, then I will seek the Court's assistance.

Please do not hesitate to contact me if you have any questions.

Sincerely yours,

Ryan A. Kent

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME  : 04/08/2008 15:45
                                    NAME  : KENT
                                    FAX   : 4154794358
                                    TEL   : 4154794356
                                    SER.# : BROH1J550085
```

```
DATE,TIME              04/08  15:43
FAX NO./NAME           4341370
DURATION               00:00:32
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```