1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  GALLAGHER,                                No. C 07-05224 SBA

12            Plaintiff,                      **ORDER OF REFERENCE TO**
                                             **MAGISTRATE JUDGE**
13      v.

14   LIFE INSURANCE COMPANY OF NORTH
    AMERICA,
15
              Defendant.
16  _____/

17

          PURSUANT TO CIVIL L.R. 72-1
18
                IT IS HEREBY ORDERED that this case is referred to a Magistrate Judge for all
19
    discovery. Counsel will be advised of the date, time and place of appearance by notice from the
20
    assigned Magistrate Judge.
21

22

23

24                                          _____
    Dated: 4/23/08                          SAUNDRA BROWN ARMSTRONG
25                                          United States District Judge

26

27

28

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
For the Northern District of California