IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRI GALLAGHER, | No. C 07-05224 SBA |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| LIFE INSURANCE CO., | |
| Defendant. | |

**Counsel for the plaintiff is directed to serve a copy of this Notice upon any other party in this action not enrolled in the e-filing program. Following service, Counsel shall file a certificate of service with the Clerk of the Court.**

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference set for , **April 30, 2008, at 3:00 p.m., has been moved to, April 30, 2008, at 3:45 p.m., via telephone.**

**Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559.**

**(NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.)**

**Dated: 4/24/08**

                                          **FOR THE COURT,**

                                          **Richard W. Wieking, Clerk**

                                          **By: s/Lisa R. Clark**
                                                  **Courtroom Deputy**