United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GHERI GALLAGHER, | No. C07-5224 SBA (EMC) |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on **PLAINTIFF'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES** is reset from May 27, 2008 at 1:00 p.m. before Judge Sandra B. Armstrong to **May 28, 2008 at 3:00 p.m. before Magistrate Judge Edward M. Chen**, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102. Opposition shall be filed on or before May 7, 2008. Reply shall be filed on or before May 14, 2008.

Dated:   April 24, 2008                               FOR THE COURT,
                                                                    Richard W. Wieking, Clerk


                                                          by:  _____
                                                                  Betty Fong
                                                                  Courtroom Deputy