# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL CASE MANAGEMENT CONFERENCE MINUTES

Date: 4/30/08

C-07-05224 SBA            JUDGE: SAUNDRA BROWN ARMSTRONG

Title: GALLAGHER vs. LIFE INSURANCE COMPANY OF NORTH AMERICA

Atty.:   RYAN KENT                    DENNIS RHODES

Deputy Clerk: Lisa R. Clark            Court Reporter:   N/R
**PROCEEDINGS**
Plt   DFT
( )   ( ) 1.  TELEPHONE CASE MANAGEMENT CONFERENCE - HELD
( )   ( ) 2.
( )   ( ) 3.
( )   ( ) 4.
( ) Motion(s)    ( ) Granted      ( ) Denied      ( ) Off Calendar
            ( ) Granted/Part   ( ) Denied/Part   ( ) Submitted
(X) Order to be prepared by  ( ) Plaintiff  ( )Deft  (X) Court

## RESULT OF CASE MANAGEMENT CONFERENCE
Case Continued to_____ for a Telephone Case Management Conference at  p.m.
Case Continued to_____ for  OSC RE:_____
Case Continued to_____ for _____ Motion Hearing
Brief Sched. Motion papers by_____ Opposition by_____ Reply by_____
General Discovery Cut-off_____ Expert Discovery Cut-off_____
Plft to name Experts by_____ Deft to name Experts by_____
All Dispositive Motions to be heard by ( Motion Cut-off) 7/29/08
Case Continued to 10/7/08     for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due 9/16/08   Motions in limine/objections to evidence due 9/23/08  Responses to motions in limine and/or responses to objections to evidence due 9/30/08
Case Continued to 10/14/08   for Trial(Court/Jury: 1/2   Day) at 1:00 PM
(X) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
Notes: MANDATORY SETTLEMENT CONFERENCE TO BE HELD DURING AUGUST 2008
cc: WINGS HOM VIA FAX