| | |
|---|---|
| 1 | RYAN A. KENT  (SBN 169810)<br>Attorney at Law |
| 2 | 30 Mitchell Boulevard<br>San Rafael, CA  94903 |
| 3 | Tel: (415) 479-4356 / Fax: (415) 479-4358 |
| 4 | Attorney for Plaintiff<br>GHERI GALLAGHER |
| 5 | |
| 6 | ADRIENNE C. PUBLICOVER  (SBN 161432)<br>DENNIS J. RHODES  (SBN 168417) |
| 7 | WILSON, ELSER, MOSKOWITZ,<br>    EDELMAN & DICKER LLP |
| 8 | 525 Market Street, 17th Floor<br>San Francisco, California  94105 |
| 9 | Tel: (415) 433-0990 / Fax: (415) 434-1370 |
| 10 | Attorneys for Defendant<br>LIFE INSURANCE COMPANY |
| 11 | OF NORTH AMERICA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| GHERI GALLAGHER, | ) | CASE NO.   CV07-05224 SBA (EMC) |
| Plaintiff, | ) | **STIPULATION OF PARTIES TO CONTINUE DATE OF HEARING OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY** |
| v. | ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA and DOES 1 to 10, | ) | Date         :    May 28, 2008<br>Time        :    3:00 p.m.<br>Courtroom :    C, 15th Floor<br>Honorable Edward M. Chen |
| Defendants. | ) | |

The parties, plaintiff Gheri Gallagher and defendant Life Insurance Company of North America, by and through their counsel of record hereby stipulate as follows: This matter is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. 1001, et seq.  Plaintiff has filed a motion to compel responses to interrogatories which she has served.  The

1  motion is set to be heard by this Court on May 28, 2008. On or about May 5, 2008, the parties have
2  agreed that de novo review is the standard of review in this ERISA matter and are meeting and
3  conferring on the scope of appropriate discovery. However, the parties need additional time to
4  complete their discussions. Therefore, to facilitate resolution of discovery issues without
5  intervention of the Court, the parties stipulate to move the pending motion to June 11, 2008. The
6  parties further stipulate that the opposition and reply briefs shall be due in accordance with the new
7  hearing date.

8  **SO STIPULATED**

9
10  Dated: May 8, 2008                                WILSON, ELSER, MOSKOWITZ,
                                                     EDELMAN & DICKER LLP
11
12                                          By:_____/s/ Dennis J. Rhodes_____
                                                     ADRIENNE C. PUBLICOVER
                                                     DENNIS J. RHODES
13                                                   Attorneys for Defendant
                                                     LIFE INSURANCE COMPANY
14                                                   OF NORTH AMERICA

15
16  Dated: May 8, 2008

17                                          By:_____/s/ Ryan A. Kent_____
                                                     RYAN A. KENT
18                                                   Attorney for Plaintiff
                                                     GHERI GALLAGHE
19

20                                          **ORDER**

21       Pursuant to the stipulation of parties and for good cause shown, the hearing of plaintiff's
22  motion to compel discovery is move to June 11, 2008 at 3:00 p.m.. Any opposition and reply
23  papers are due to be filed in accordance with the new hearing date.

24
25  Date:_____                    By:_____
                                                     Honorable Edward M. Chen
26                                                   UNITED STATES MAGISTRATE JUDGE

27

# CERTIFICATE OF SERVICE
*Gheri Gallagher v. Life Insurance Company of North America, et al.*
*USDC NDCA Case #CV07-05224 SBA (EMC)*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**STIPULATION OF PARTIES TO MOVE DATE OF HEARING OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_X_ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

Ryan A. Kent, Esq.
Attorney at Law
30 Mitchell Boulevard
San Rafael, CA 94903
Tel:   (415) 479-4356
Fax:   (415) 479-4358

*Attorney for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **May 8, 2008** at San Francisco, California.

_____
Nancy Li