1  RYAN A. KENT (SBN 169810)
   Attorney at Law
2  30 Mitchell Boulevard
   San Rafael, CA 94903
3  Tel: (415) 479-4356 / Fax: (415) 479-4358

4  Attorney for Plaintiff
   GHERI GALLAGHER
5

6  ADRIENNE C. PUBLICOVER (SBN 161432)
   DENNIS J. RHODES (SBN 168417)
7  WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP
8  525 Market Street, 17th Floor
   San Francisco, California 94105
9  Tel: (415) 433-0990 / Fax: (415) 434-1370

10 Attorneys for Defendant
   LIFE INSURANCE COMPANY
11 OF NORTH AMERICA

12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                       OAKLAND DIVISION

16

17 GHERI GALLAGHER,                    ) CASE NO.   CV07-05224 SBA (EMC)
                                       )
18       Plaintiff,                    ) **STIPULATION OF PARTIES TO**
                                       ) **CONTINUE DATE OF HEARING OF**
19   v.                                ) **PLAINTIFF'S MOTION TO COMPEL**
                                       ) **DISCOVERY ; ORDER**
20 LIFE INSURANCE COMPANY OF NORTH     )
   AMERICA and DOES 1 to 10,           ) Date       :  May 28, 2008
21                                     ) Time       :  3:00 p.m.
         Defendants.                   ) Courtroom  :  C, 15th Floor
22                                     ) Honorable Edward M. Chen
                                       )
23

24       The parties, plaintiff Gheri Gallagher and defendant Life Insurance Company of North

25 America, by and through their counsel of record hereby stipulate as follows: This matter is

26 governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. 1001, et

27 seq. Plaintiff has filed a motion to compel responses to interrogatories which she has served. The

1  motion is set to be heard by this Court on May 28, 2008. On or about May 5, 2008, the parties have
2  agreed that de novo review is the standard of review in this ERISA matter and are meeting and
3  conferring on the scope of appropriate discovery. However, the parties need additional time to
4  complete their discussions. Therefore, to facilitate resolution of discovery issues without
5  intervention of the Court, the parties stipulate to move the pending motion to June 11, 2008. The
6  parties further stipulate that the opposition and reply briefs shall be due in accordance with the new
7  hearing date.

**SO STIPULATED**

Dated: May 8, 2008                                       WILSON, ELSER, MOSKOWITZ,
                                                         EDELMAN & DICKER LLP

                                          By:_____/s/ Dennis J. Rhodes_____
                                                ADRIENNE C. PUBLICOVER
                                                DENNIS J. RHODES
                                                Attorneys for Defendant
                                                LIFE INSURANCE COMPANY
                                                OF NORTH AMERICA

Dated: May 8, 2008

                                          By:_____/s/ Ryan A. Kent_____
                                                RYAN A. KENT
                                                Attorney for Plaintiff
                                                GHERI GALLAGHE

**ORDER**

Pursuant to the stipulation of parties and for good cause shown, the hearing of plaintiff's
                                                                    10:30 a.m.
motion to compel discovery is move to June 11, 2008 at 3:00 p.m.. Any opposition and reply
papers are due to be filed in accordance with the new hearing date.

Date:____May 12, 2008_____          By:_____
                                             Honorable Edward M. Chen
                                             UNITED STATES MAGISTRATE JUDGE

[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen — United States District Court, Northern District of California]

# CERTIFICATE OF SERVICE
*Gheri Gallagher v. Life Insurance Company of North America, et al.*
USDC NDCA Case #CV07-05224 SBA (EMC)

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**STIPULATION OF PARTIES TO MOVE DATE OF HEARING OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

__X__ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

Ryan A. Kent, Esq.
Attorney at Law
30 Mitchell Boulevard
San Rafael, CA 94903
Tel:    (415) 479-4356
Fax:   (415) 479-4358

*Attorney for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **May 8, 2008** at San Francisco, California.

_____
Nancy L.