1  RYAN A. KENT  (SBN 169810)
   Attorney at Law
2  30 Mitchell Boulevard
   San Rafael, CA  94903
3  Tel: (415) 479-4356 / Fax: (415) 479-4358

4  Attorney for Plaintiff
   GHERI GALLAGHER
5

6  ADRIENNE C. PUBLICOVER  (SBN 161432)
   DENNIS J. RHODES  (SBN 168417)
7  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
8  525 Market Street, 17th Floor
   San Francisco, California  94105
9  Tel: (415) 433-0990 / Fax: (415) 434-1370

10 Attorneys for Defendant
   LIFE INSURANCE COMPANY
11 OF NORTH AMERICA

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                           OAKLAND DIVISION

16

17 GHERI GALLAGHER,                  )   CASE NO.   CV07-05224 SBA (JL)
                                     )
18         Plaintiff,                )   **STIPULATION OF PARTIES TO**
                                     )   **MOVE SETTLEMENT CONFERENCE**
19    v.                             )
                                     )   Date: August 20, 2008
20 LIFE INSURANCE COMPANY OF NORTH   )   Time: 2:00 p.m.
   AMERICA and DOES 1 to 10,         )   Location: San Francisco
21                                   )   Courtroom: 15th Floor
           Defendants.               )   Honorable James Larson
22                                   )
                                     )
23

24    The parties, plaintiff Gheri Gallagher and defendant Life Insurance Company of North

25 America, by and through their counsel of record hereby stipulate to move the pending Settlement

26 Conference from August 20, 2008, to August 6, 2008 at 2:00 p.m.

27

---

1
**STIPULATION OF PARTIES TO MOVE SETTLEMENT CONFERENCE**
**USDC** NDCA Case #CV07-05224 SBA (JL)

**SO STIPULATED**

Dated: May 30, 2008

                            WILSON, ELSER, MOSKOWITZ,
                                EDELMAN & DICKER LLP

By:    */s/ Dennis J. Rhodes*
      ADRIENNE C. PUBLICOVER
      DENNIS J. RHODES
      Attorneys for Defendant
      LIFE INSURANCE COMPANY
      OF NORTH AMERICA

Dated: May 30, 2008

By:    */s/ Ryan A. Kent*
      RYAN A. KENT
      Attorney for Plaintiff
      GHERI GALLAGHER

**CERTIFICATE OF SERVICE**

*Gheri Gallagher v. Life Insurance Company of North America, et al.*
*USDC NDCA Case #CV07-05224 SBA (EMC)*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the County of Marin, California and my business address is 30 Mitchell Boulevard, San Rafael, CA 94903.

On this date I served the following document(s):

**STIPULATION OF PARTIES TO MOVE SETTLEMENT CONFERENCE**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_X_ : **By First Class Mail --** I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_☐_: **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_☐_: **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

_☐_: **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

DENNIS J. RHODES
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California  94105
Tel: (415) 433-0990 / Fax: (415) 434-1370

*Attorney for Defendant*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **May 30, 2008** at San Francisco, California.

_____
Ryan A. Kent