1  RYAN A. KENT  (SBN 169810)
   Attorney at Law
2  30 Mitchell Boulevard
   San Rafael, CA  94903
3  Tel: (415) 479-4356 / Fax: (415) 479-4358

4  Attorney for Plaintiff
   GHERI GALLAGHER
5

6  ADRIENNE C. PUBLICOVER  (SBN 161432)
   DENNIS J. RHODES  (SBN 168417)
7  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
8  525 Market Street, 17th Floor
   San Francisco, California  94105
9  Tel: (415) 433-0990 / Fax: (415) 434-1370

10 Attorneys for Defendant
   LIFE INSURANCE COMPANY
11 OF NORTH AMERICA

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                          OAKLAND DIVISION

16

17 GHERI GALLAGHER,                    )  CASE NO.   CV07-05224 SBA (EMC)
                                       )
18           Plaintiff,                )  **SECOND STIPULATION OF PARTIES**
                                       )  **TO CONTINUE DATE OF HEARING**
19     v.                              )  **OF PLAINTIFF'S MOTION TO**
                                       )  **COMPEL DISCOVERY** ; ORDER
20 LIFE INSURANCE COMPANY OF NORTH     )
   AMERICA and DOES 1 to 10,           )  Date      :  June 11, 2008
21                                     )  Time      :  3:00 p.m.
             Defendants.               )  Courtroom :  C, 15th Floor
22                                     )  Honorable Edward M. Chen
                                       )
23

24        The parties, plaintiff Gheri Gallagher and defendant Life Insurance Company of North

25 America, by and through their counsel of record hereby stipulate as follows: This matter is

26 governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. 1001, et

27 seq.  Plaintiff has filed a motion to compel responses to interrogatories which she has served. The

---

1  motion is set to be heard by this Court on June 11, 2008. The parties are set to mediate this dispute
2  and in the event the matter settles, the pending discovery motion will be moot. Therefore, to
3  facilitate resolution of discovery issues without intervention of the Court, the parties stipulate to
4  move the pending motion from June 11, 2008, to July 16, 2008 at 10:30 a.m. The parties further
5  stipulate that the opposition and reply briefs shall be due in accordance with the new hearing date.
6  **SO STIPULATED**

7
8  Dated: May 28, 2008                          WILSON, ELSER, MOSKOWITZ,
                                                 EDELMAN & DICKER LLP
9
10                                       By: _____/s/ Dennis J. Rhodes_____
                                             ADRIENNE C. PUBLICOVER
11                                           DENNIS J. RHODES
                                             Attorneys for Defendant
12                                           LIFE INSURANCE COMPANY
                                             OF NORTH AMERICA
13
14  Dated: May 28, 2008

15                                       By: _____/s/ Ryan A. Kent_____
                                             RYAN A. KENT
16                                           Attorney for Plaintiff
                                             GHERI GALLAGHER
17

18                                        **ORDER**
19      Pursuant to the stipulation of parties and for good cause shown, the hearing of plaintiff's
20  motion to compel discovery is moved to July 16, 2008 at 10:30 a.m. Any opposition and reply
21  papers are due to be filed in accordance with the new hearing date. Should the matter settle, the
22  parties are to immediately notify the Court so the matter may be taken off calendar.

23
24  Date: ____June 5, 2008____         By: _____
                                          Honorable Edward M. Chen
25                                        UNITED STATES MAGISTRATE JUDGE
26
27

**SECOND STIPULATION OF PARTIES TO CONTINUE DATE OF HEARING ON
PLAINTIFF'S MOTION TO COMPEL DISCOVERY Y**
USDC NDCA Case #CV07-05224 SBA (EMC)
355036.1

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; Stamp: IT IS SO ORDERED, Judge Edward M. Chen]*

# CERTIFICATE OF SERVICE
*Gheri Gallagher v. Life Insurance Company of North America, et al.*
*USDC NDCA Case #CV07-05224 SBA (EMC)*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**SECOND STIPULATION OF PARTIES TO CONTINUE DATE OF HEARING OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_X_ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

Ryan A. Kent, Esq.
Attorney at Law
30 Mitchell Boulevard
San Rafael, CA  94903
Tel:    (415) 479-4356
Fax:    (415) 479-4358

*Attorney for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **June 4, 2008** at San Francisco, California.

_____
Nancy L.