| | |
|---|---|
| 1 | ADRIENNE C. PUBLICOVER (SBN 161432)<br>DENNIS J. RHODES (SBN 168417) |
| 2 | WILSON, ELSER, MOSKOWITZ,<br>    EDELMAN & DICKER LLP |
| 3 | 525 Market Street, 17th Floor<br>San Francisco, California 94105 |
| 4 | Tel: (415) 433-0990 / Fax: (415) 434-1370 |
| 5 | Attorneys for Defendant<br>LIFE INSURANCE COMPANY |
| 6 | OF NORTH AMERICA |
| 7 | |
| 8 | RYAN A. KENT (SBN 169810)<br>Attorney at Law<br>30 Mitchell Boulevard |
| 9 | San Rafael, CA 94903<br>Tel: (415) 479-4356 / Fax: (415) 479-4358 |
| 10 | |
| 11 | Attorney for Plaintiff<br>GHERI GALLAGHER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| GHERI GALLAGHER,<br><br>    Plaintiff,<br><br>    v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA and DOES 1 to 10,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.   CV07-05224 SBA (EMC)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON**<br><br>Courtroom  :   3<br>Judge         :   Saundra B. Armstrong |

---

**STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON**
USDC NDCA Case #CV07-05224 SBA (EMC)
358698.1

1  Plaintiff Gheri Gallagher ("plaintiff"), and defendant Life Insurance Company of North
2  America ("LINA") ("defendants"), through their respective attorneys of record, Ryan A. Kent, Esq.,
3  on behalf of plaintiff, and Dennis J. Rhodes, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker
4  LLP, on behalf of defendant, HEREBY STIPULATE that the above-captioned matter and all claims
5  of relief therein can be dismissed with prejudice as to all parties in its entirety pursuant to the
6  parties' agreement to resolve the disputed claim. Each party to bear its own fees and costs.

7  **IT IS SO STIPULATED.**

8  Date: June 25, 2008          WILSON, ELSER, MOSKOWITZ,
9                                EDELMAN & DICKER LLP

10                    By: _____
11                         ADRIENNE C. PUBLICOVER
                           DENNIS J. RHODES
12                         Attorneys for Defendant
                           LIFE INSURANCE COMPANY
13                         OF NORTH AMERICA

14  Date: June 19, 2008

15

16                    By: _____
                           RYAN A. KENT
17                         Attorney for Plaintiff
                           GHERI GALLAGHER

18

19                              **ORDER**

20  The above-captioned matter, and all claims for relief therein, is dismissed with prejudice as
21  to all parties in its entirety pursuant to the parties' agreement to resolve the disputed claim. Each
22  party to bear its own fees and costs.

23  **IT IS SO ORDERED.**

24

25  Date:_____         By:_____
                                    HONORABLE SAUNDRA B. ARMSTRONG
26                                  UNITED STATES DISTRICT JUDGE

27

---

1

**STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON**
USDC NDCA Case #CV07-05224 SBA (EMC)
358698.1

# CERTIFICATE OF SERVICE
*Gheri Gallagher v. Life Insurance Company of North America, et al.*
USDC NDCA Case #CV07-05224 SBA (EMC)

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→ _____ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_____ : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_____ : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

_____ : **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Ryan A. Kent, Esq.
Attorney at Law
30 Mitchell Boulevard
San Rafael, CA  94903
Tel:    (415) 479-4356
Fax:    (415) 479-4358

*Attorney for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **June 25, 2008** at San Francisco, California.

_____
Nancy Li