1  ADRIENNE C. PUBLICOVER (SBN 161432)
   DENNIS J. RHODES (SBN 168417)
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California 94105
4  Tel: (415) 433-0990 / Fax: (415) 434-1370

5  Attorneys for Defendant
   LIFE INSURANCE COMPANY
6  OF NORTH AMERICA

7

8  RYAN A. KENT (SBN 169810)
   Attorney at Law
   30 Mitchell Boulevard
9  San Rafael, CA 94903
   Tel: (415) 479-4356 / Fax: (415) 479-4358
10
   Attorney for Plaintiff
11 GHERI GALLAGHER

12

13

14                     UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                             OAKLAND DIVISION

17

18 GHERI GALLAGHER,              )   CASE NO.   CV07-05224 SBA (EMC)
                                 )
19        Plaintiff,             )   **STIPULATION OF DISMISSAL WITH**
                                 )   **PREJUDICE AND ORDER THEREON**
20   v.                          )
                                 )
21 LIFE INSURANCE COMPANY OF NORTH ) Courtroom : 3
   AMERICA and DOES 1 to 10,     )   Judge      : Saundra B. Armstrong
22                               )
          Defendants.            )
23 _____ )

24

25

26

27

---

**STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON**
USDC NDCA Case #CV07-05224 SBA (EMC)
358698.1

Plaintiff Gheri Gallagher ("plaintiff"), and defendant Life Insurance Company of North America ("LINA") ("defendants"), through their respective attorneys of record, Ryan A. Kent, Esq., on behalf of plaintiff, and Dennis J. Rhodes, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, on behalf of defendant, HEREBY STIPULATE that the above-captioned matter and all claims of relief therein can be dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the disputed claim. Each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

Date: June___, 2008                      WILSON, ELSER, MOSKOWITZ,
                                                     EDELMAN & DICKER LLP


By: _____
    ADRIENNE C. PUBLICOVER
    DENNIS J. RHODES
    Attorneys for Defendant
    LIFE INSURANCE COMPANY
    OF NORTH AMERICA


Date: June___, 2008


By: _____
    RYAN A. KENT
    Attorney for Plaintiff
    GHERI GALLAGHER

**ORDER**

The above-captioned matter, and all claims for relief therein, is dismissed with prejudice as to all parties in its entirety pursuant to the parties' agreement to resolve the disputed claim. Each party to bear its own fees and costs.

**IT IS SO ORDERED**.

Date: 7/1/08                              By: /s/ Saundra B. Armstrong
                                              HONORABLE SAUNDRA B. ARMSTRONG
                                              UNITED STATES DISTRICT JUDGE

---

1
**STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON**
USDC NDCA Case #CV07-05224 SBA (EMC)
358698.1

# CERTIFICATE OF SERVICE
*Gheri Gallagher v. Life Insurance Company of North America, et al.*
*USDC NDCA Case #CV07-05224 SBA (EMC)*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s):

**STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER THEREON**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

➔    :    **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_____:    **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_____:    **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

_____:    **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Ryan A. Kent, Esq.
Attorney at Law
30 Mitchell Boulevard
San Rafael, CA  94903
Tel:    (415) 479-4356
Fax:    (415) 479-4358

*Attorney for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **July 1, 2008** at San Francisco, California.

_____
Nancy Li